John Gunderson, appellee, v. Aaron Levin, appellant. Gen. No. 31,795.

Action for personal injuries to child of tender years because of automobile driver's negligence. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Alfred Roy Hulbert, for appellant. Peter F. Schramm, Edward W. Rawlins and Leesman, Roemer & Schnell, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Abbie M. Shattuck, appellant, v. Oliver P. Shattuck, appellee. Gen. No. 31,827.

Bill for divorce. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Lefkow & Lefkow, for appellant. Jayne & Johnson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Frances Piechowka, by John Piechowka, appellee, v. John Zielinski and Walter Zielinski, appellants. Gen. No. 31,849.

Action for personal injuries to child of tender years from being struck by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Sissman & Sissman, for appellants; Jesse Sissman, of counsel. Albert S. O'Sullivan and Irwin W. Sippel, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

E. B. Jacobs, appellee, v. Blanche Jett, appellant. Gen. No. 31,867.

Action for rent due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Robert H. Holmes, for appellant. Henry M. Hagan, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Charles Swanbum, appellee, v. T. J. Rigney, appellant. Gen. No. 31,901.

Action for damages to automobile from collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. H. Douglas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Geo. D. Anthony, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.